# EXHIBIT “B”

Case 1:23-cv-01183-UNA Document 1-2 Filed 10/19/23 Page 2 of 4 PageID #: 60

US007894837C1

(12) EX PARTE REEXAMINATION CERTIFICATE (11758th)

# United States Patent

Heredia et al.

(10) Number: US 7,894,837 C1

(45) Certificate Issued: *Nov. 23, 2020

(54) **INSTANT MESSAGING TERMINAL ADAPTED FOR WIRELESS COMMUNICATION ACCESS POINTS**

(75) Inventors: **Rafael Heredia**, Easley, SC (US); **Frank U. Greer, IV**, Greenville, SC (US); **Michael P. Dean**, Easley, SC (US)

(73) Assignee: **ZIPIT WIRELESS, INC.**, Greenville, SC (US)

**Reexamination Request:**
No. 90/014,522, Jun. 10, 2020

**Reexamination Certificate for:**

Patent No.: **7,894,837**
Issued: **Feb. 22, 2011**
Appl. No.: **11/973,020**
Filed: **Oct. 5, 2007**

Certificate of Correction issued Feb. 5, 2019

( * ) Notice: This patent is subject to a terminal disclaimer.

(51) **Int. Cl.**
***H04W 4/00*** (2018.01)
***H04L 12/58*** (2006.01)
***H04M 1/725*** (2006.01)

(52) **U.S. Cl.**
CPC .............. ***H04L 51/04*** (2013.01); ***H04L 51/38*** (2013.01); ***H04M 1/72552*** (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/014,522, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Mark Sager

(57) **ABSTRACT**

A handheld instant messaging terminal manages multiple conversation sessions across multiple instant messaging services. The handheld terminal includes a handheld terminal housing, a data entry device integrated in the terminal housing, the data entry device generates textual characters and graphical symbols in response to actuation of the data entry device, a display mounted in the terminal housing to display textual characters and graphical symbols including the textual characters and graphical symbols generated by the data entry device, an Internet protocol communications module located within the handheld terminal housing to generate instant messaging (IM) data messages in an Internet protocol that include the textual characters and graphical symbols generated by the data entry device, a wireless transceiver mounted within the handheld terminal housing and coupled to the Internet protocol communications module to generate wireless data messages corresponding to the IM data messages that radiate from an antenna coupled to the wireless transceiver, and a control module located within the housing and coupled to the Internet protocol communications module, the control module including at least one processor that executes an application program to implement instant messaging and session protocols for IM data messages communicated during at least one conversation session through the Internet protocol communications module and the wireless transceiver.



# EX PARTE REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claim **1** is determined to be patentable as amended.

Claims **2-20**, dependent on an amended claim, are determined to be patentable.

New claims **21-50** are added and determined to be patentable.

**1**. A handheld instant messaging terminal comprising:

a handheld terminal housing;

a data entry device integrated in the terminal housing, the data entry device being configured to generate textual characters and graphical symbols in response to actuation of the data entry device;

a display mounted in the terminal housing to display textual characters and graphical symbols including the textual characters and graphical symbols generated by the data entry device;

an Internet protocol communications module located within the handheld terminal housing to generate data messages in an Internet protocol;

a wireless transceiver mounted within the handheld terminal housing and coupled to the Internet protocol communications module to generate wireless data messages that include the data messages in the Internet protocol, the wireless transceiver radiates the wireless data messages from an antenna coupled to the wireless transceiver; and

a control module located within the handheld terminal housing and coupled to the Internet protocol communications module, the control module including at least one processor that executes an application program to implement at least one instant messaging protocol for generation of instant messaging (IM) data messages that are compatible with **[**an**]** *at least one* instant messaging service, the control module providing the *generated* IM data messages that are compatible with **[**an**]** *the at least one* instant messaging service to the Internet protocol communications module to enable the IM data messages to be communicated during at least one conversation session through the Internet protocol communications module and the wireless transceiver, *the control module being further configured to determine a character sequence corresponding to one of the graphical symbols in the generated IM messages that are compatible with the at least one instant messaging service*.

*21. The terminal of claim 1, the Internet protocol communications module being further configured to:*

*send the generated IM data messages received from the control module during at least one conversation session to the wireless transceiver for transmission.*

*22. The terminal of claim 1, the wireless transceiver being further configured to:*

*transmit the generated IM data messages.*



*23. The terminal of claim 1, the control module being further configured to:*

*confirm that the character sequence corresponding to the one of the graphical symbols generated by the data entry device is compatible with the at least one instant messaging service.*

*24. The terminal of claim 1, the control module being further configured to:*

*parse textual characters and graphical symbols generated by the data entry device; and*

*confirm the textual characters and graphical symbols are compatible with the at least one instant messaging service.*

*25. The terminal of claim 24, the control module being further configured to:*

*communicate with a first recipient through a first instant messaging service; and*

*communicate with a second recipient through a second instant messaging service.*

*26. The terminal of claim 25, wherein the first instant messaging service is different than the second instant messaging service.*

*27. The terminal of claim 1, the data entry device further comprising:*

*at least one key that corresponds to one of the graphical symbols; and*

*the control module being further configured to:*

*generate the character sequence for the graphical symbol corresponding to the one of the graphical symbols that is compatible with the at least one instant messaging protocol in response to the at least one key that corresponds to the one of the graphical symbols being actuated.*

*28. The terminal of claim 1, the control module being further configured to:*

*control a first conversation session between the handheld data terminal and a communication device associated with a first recipient of at least one of the IM messages generated by the control module.*

*29. The terminal of claim 28, the control module being further configured to:*

*parse characters of the at least one IM message; and*

*confirm the parsed characters are compatible with a first IM messaging protocol.*

*30. The terminal of claim 29, the control module being further configured to:*

*control a second communication session between the handheld data terminal and a communication device associated with a second recipient of at least one other IM message generated by the control module.*

*31. The terminal of claim 30, the control module being further configured to:*

*parse characters of the at least one other IM message; and*

*confirm the parsed characters are compatible with a second IM messaging protocol.*

*32. The terminal of claim 31 wherein the first IM messaging protocol is different than the second IM messaging protocol.*

*33. The terminal of claim 1 wherein the display is integrated into the housing.*

*34. The terminal of claim 1 wherein the data entry device and the display are simultaneously visible such that a graphical symbol generated by the data entry device is displayed on the display above the data entry device.*

*35. The terminal of claim 1 further comprising:*

*a media access controller operatively connected to the control module to receive IM messages generated by the control module and to provide the received IM messages to the wireless transceiver.*

*36. The terminal of claim 1, the control module being further configured to:*

*parse a plurality of wireless messages received by the wireless transceiver from a plurality of Wi-Fi networks;*

*identify at least one characteristic for each Wi-Fi network from which one of the wireless messages was received; and*

*display a ranked list of the Wi-Fi networks on the display, the Wi-Fi networks in the plurality of Wi-Fi networks being ranked according to a signal strength of the wireless messages received by the wireless transceiver from the plurality of Wi-Fi networks.*

*37. The terminal of claim 36, the control module being further configured to:*

*identify each Wi-Fi network in the ranked list with a service set identifier parsed from the wireless messages received by the wireless transceiver from the plurality of Wi-Fi networks.*

*38. The terminal of claim 37, the control module being further configured to:*

*store the service set identifier and the identified at least one characteristic of at least one Wi-Fi network displayed in the ranked list of Wi-Fi networks in a memory operatively connected to the control module.*

*39. The terminal of claim 1, the control module being further configured to:*

*display a list of contacts on the display in response to a key of the data entry device associated with the list of contacts being actuated.*

*40. The terminal of claim 1, the control module being further configured to:*

*display a conversation session with a contact in response to the contact being selected with the data entry device;*

*parse a message formed with textual characters and graphical symbols generated with the data entry device to confirm compatibility of the textual characters and graphical symbols with an IM messaging protocol associated with the contact;*

*convert graphical symbols in the parsed message not compatible with the IM messaging protocol associated with the selected contact to a character sequence that is compatible with the IM messaging protocol associated with the selected contact;*

*provide the message formed with the textual characters and graphical symbols that are confirmed as being compatible with the IM messaging protocol and the character sequence for each converted graphical symbol within an IM message to the wireless transceiver; and*

*operate the wireless transceiver to transmit the message to the selected contact in the displayed contact list.*

*41. The terminal of claim 40, the control module being further configured to:*

*display messages sent to the selected contact in order of the transmission of the messages.*

*42. The terminal of claim 40, the control module being further configured to:*

*display IM messages received from the selected contact in order of the receipt of the IM messages.*

*43. The terminal of claim 1 further comprising:*

*an audio device; and*

*the control module executing the application program also:*

*executes another application program to obtain an audio file through the wireless transceiver;*

*decodes a segment of the audio file using the application program;*

*converts the decoded segment to analog signals; and*

*provides the analog signals to the audio device for generation of sound.*

*44. The terminal of claim 43 wherein the audio device is integrated in the handheld terminal housing.*

*45. The terminal of claim 44 wherein the audio device is external to the handheld terminal.*

*46. The terminal of claim 1, the control module being further configured to:*

*parse textual characters and graphical symbols generated with the data entry device and to confirm the generated textual characters and graphical symbols are compatible with the at least one instant messaging service, wherein a recipient receives the generated IM data messages via the at least one instant messaging service.*

*47. The terminal of claim 46, the control module being further configured to:*

*communicate with a first recipient through a first instant messaging service;*

*communicate with a second recipient through a second instant messaging service, the first instant messaging service being different than the second instant messaging service.*

*48. The terminal of claim 1, the data entry device further comprising:*

*a key corresponding to at least one graphical symbol.*

*49. The terminal of claim 48, the data entry device being further configured to:*

*display a single graphical symbol upon actuation of the key.*

*50. The terminal of claim 48, the data entry device being further configured to:*

*display a list of graphical symbols upon actuation of the key.*

* * * * *