# EXHIBIT "C"

US007894837C2

(12) **EX PARTE REEXAMINATION CERTIFICATE** (12009th)

# United States Patent

**Heredia et al.**

(10) **Number: US 7,894,837 C2**

(45) **Certificate Issued: *Feb. 28, 2022**

(54) **INSTANT MESSAGING TERMINAL ADAPTED FOR WIRELESS COMMUNICATION ACCESS POINTS**

(75) Inventors: **Rafael Heredia**, Easley, SC (US); **Frank U. Greer, IV**, Greenville, SC (US); **Michael P. Dean**, Easley, SC (US)

(73) Assignee: **ZIPIT WIRELESS, INC.**, Greenville, SC (US)

**Reexamination Request:**
No. 90/014,722, Apr. 9, 2021

**Reexamination Certificate for:**
Patent No.: **7,894,837**
Issued: **Feb. 22, 2011**
Appl. No.: **11/973,020**
Filed: **Oct. 5, 2007**

Reexamination Certificate C1 7,894,837 issued Nov. 23, 2020

Certificate of Correction issued Feb. 5, 2019

( * ) Notice: This patent is subject to a terminal disclaimer.

(51) **Int. Cl.**
***H04L 51/04*** (2022.01)
***H04M 1/72436*** (2021.01)
***H04L 51/58*** (2022.01)

(52) **U.S. Cl.**
CPC ........ ***H04L 51/04*** (2013.01); ***H04M 1/72436*** (2021.01); *H04L 51/38* (2013.01)

(58) **Field of Classification Search**
CPC ..... H04L 51/04; H04L 51/58; H04M 1/72436
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/014,722, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Catherine M Tarae

(57) **ABSTRACT**

A handheld instant messaging terminal manages multiple conversation sessions across multiple instant messaging services. The handheld terminal includes a handheld terminal housing, a data entry device integrated in the terminal housing, the data entry device generates textual characters and graphical symbols in response to actuation of the data entry device, a display mounted in the terminal housing to display textual characters and graphical symbols including the textual characters and graphical symbols generated by the data entry device, an Internet protocol communications module located within the handheld terminal housing to generate instant messaging (IM) data messages in an Internet protocol that include the textual characters and graphical symbols generated by the data entry device, a wireless transceiver mounted within the handheld terminal housing and coupled to the Internet protocol communications module to generate wireless data messages corresponding to the IM data messages that radiate from an antenna coupled to the wireless transceiver, and a control module located within the housing and coupled to the Internet protocol communications module, the control module including at least one processor that executes an application program to implement instant messaging and session protocols for IM data messages communicated during at least one conversation session through the Internet protocol communications module and the wireless transceiver.



# EX PARTE REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claim **19** is confirmed.

Claims **11-13** are cancelled.

New claims **51-81** are added and determined to be patentable.

Claims **1-10**, **14-18** and **20-50** were not reexamined.

*51. The method of claim 11, the control of the conversation session further comprising:*

*executing with at least one processor in a control module in the handheld terminal housing an application program to implement at least one instant messaging protocol for the generated data messages that are compatible with the at least one instant messaging service;*

*determining a character sequence corresponding to one of the graphical symbols in the generated data messages that are compatible with the at least one instant messaging service;*

*confirming that the determined character sequence corresponding to the one of the graphical symbols generated by the data entry device is compatible with the at least one instant messaging service;*

*providing the generated data messages that are compatible with the at least one instant messaging service to an Internet protocol communications module; and*

*communicating the generated data messages during the conversation session through the Internet protocol communications module.*

*52. The method of claim 51 further comprising:*

*sending the generated data messages from the Internet protocol communications module to a wireless transceiver for transmission.*

*53. The method of claim 52 further comprising:*

*transmitting the generated data messages with the wireless transceiver.*

*54. The method of claim 51, the determining of the character sequence further comprising:*

*parsing textual characters and graphical symbols generated by the data entry device.*

*55. The method of claim 54 further comprising:*

*communicating with a first recipient through a first instant messaging service; and*

*communicating with a second recipient through a second instant messaging service.*

*56. The method of claim 55, wherein the first instant messaging service is different than the second instant messaging service.*

*57. The method of claim 11 further comprising:*

*actuating at least one key that corresponds to one of the graphical symbols to generate a character sequence for the graphical symbol corresponding to the one of the graphical symbols that is compatible with the at least one instant messaging protocol.*



*58. The method of claim 11, the controlling of the conversation session further comprising:*

*controlling with the control module a first conversation session between the handheld data terminal and a communication device associated with a first recipient of a first generated data message;*

*parsing characters of the first generated data message; and*

*confirming the parsed characters are compatible with a first IM messaging protocol.*

*59. The method of claim 58 further comprising:*

*controlling with the control module a second communication session between the handheld data terminal and a communication device associated with a second recipient of a second generated data message.*

*60. The method of claim 59 further comprising:*

*parsing characters of a second generated data message; and*

*confirming the parsed characters are compatible with a second IM messaging protocol.*

*61. The method of claim 60 wherein the first IM messaging protocol is different than the second IM messaging protocol.*

*62. The method of claim 51 further comprising:*

*receiving with a media access controller generated data messages from the control module; and*

*providing the received generated messages from the media access controller to the wireless transceiver.*

*63. The method of claim 11 further comprising:*

*parsing a plurality of wireless messages received by the wireless transceiver from a plurality of Wi-Fi networks;*

*identifying at least one characteristic for each Wi-Fi network from which one of the wireless messages was received; and*

*displaying a ranked list of the Wi-Fi networks on the display, the Wi-Fi networks in the plurality of Wi-Fi networks being ranked according to a signal strength of the wireless messages received by the wireless transceiver from the plurality of Wi-Fi networks.*

*64. The method of claim 63 further comprising:*

*identifying each Wi-Fi network in the ranked list with a service set identifier parsed from the wireless messages received by the wireless transceiver from the plurality of Wi-Fi networks.*

*65. The method of claim 64 further comprising:*

*storing the service set identifier and the identified at least one characteristic of at least one Wi-Fi network displayed in the ranked list of Wi-Fi networks in a memory operatively connected to the control module.*

*66. The method of claim 11 further comprising:*

*displaying the conversation session with a contact in response to the contact being selected with the data entry device;*

*parsing a generated data message formed with textual characters and graphical symbols generated with the data entry device to confirm compatibility of the textual characters and graphical symbols with an IM messaging protocol associated with the contact;*

*converting graphical symbols in the parsed generated data message not compatible with the IM messaging protocol associated with the selected contact to a character sequence that is compatible with the IM messaging protocol associated with the selected contact; and*

*providing the parsed generated data message formed with the textual characters and graphical symbols that are confirmed as being compatible with the IM messaging*

*protocol and the character sequence for each converted graphical symbol within the parsed generated data message to the wireless transceiver.*

*67. The method of claim 66 further comprising:*

*displaying the parsed generated data messages sent to the selected contact in order of the transmission of the parsed generated data messages.*

*68. The method of claim 66 further comprising:*

*displaying the parsed generated data messages received from the selected contact in order of the receipt of the parsed generated data messages.*

*69. The method of claim 11, the execution of the application program further comprising:*

*executing another application program to obtain an audio file through the wireless transceiver;*

*decoding a segment of the audio file using the application program;*

*converting the decoded segment to analog signals;*

*providing the analog signals to an audio device; and*

*generating sound with the audio device using the analog signals.*

*70. The method of claim 69 wherein the generation of sound uses an audio device that is integrated into the handheld terminal housing.*

*71. The method of claim 69 wherein the generation of sound uses an audio device that is external to the handheld terminal.*

*72. The method of claim 11 further comprising:*

*parsing textual characters and graphical symbols generated with the data entry device; and*

*confirming the generated textual characters and graphical symbols are compatible with the at least one instant messaging service, wherein recipients receive the generated data messages via the at least one instant messaging service.*

*73. The method of claim 72 further comprising:*

*communicating with a first recipient through a first instant messaging service; and*

*communicating with a second recipient through a second instant messaging service, the first instant messaging service being different than the second instant messaging service.*

*74. The method of claim 73 further comprising:*

*confirming the graphical symbols generated with the data entry device are compatible with the first instant messaging protocol; and*

*converting the graphical symbols generated with the data entry device that are not compatible with the second instant messaging protocol to a character sequence that is compatible with the second instant messaging protocol.*

*75. The method of claim 11, the generation of graphical symbols with the data entry device further comprising:*

*actuating a key in the data entry device that corresponds to at least one of the graphical symbols; and*

*displaying a list of graphical symbols upon actuation of the key in the data entry device that corresponds to at least one of the graphical symbols.*

*76. The method of claim 19 wherein the entered characters are entered by depression of an emoticon key or a programmable key and the confirmed entered characters are graphical characters.*

*77. The method of claim 19 wherein the entered characters are entered by depression of an emoticon key or a programmable key.*

*78. The method of claim 19 wherein the confirmed entered characters are graphical characters.*

*79. The method of claim 11, the generation of the data messages further comprising:*

*generating a character sequence corresponding to at least one of the graphical symbols displayed on the display of the handheld instant messaging terminal in response to manipulation of at least one key on the data entry device; and*

*converting the generated character sequence so that the character sequence is compatible with the instant messaging protocol associated with a buddy to whom the message is being sent.*

*80. The method of claim 11, the control of the conversation session further comprising:*

*executing with at least one processor in a control module in the handheld terminal housing programmed instructions to implement at least one instant messaging protocol for the generated data messages that are compatible with the at least one instant messaging service;*

*determining a character sequence corresponding to one of the graphical symbols in the generated data messages that are compatible with the at least one instant messaging service;*

*confirming that the determined character sequence corresponding to the one of the graphical symbols generated by the data entry device is compatible with the at least one instant messaging service;*

*providing the generated data messages that are compatible with the at least one instant messaging service to an Internet protocol communications module; and*

*communicating the generated data messages during the conversation session through the Internet protocol communications module.*

*81. The method of claim 80 further comprising:*

*converting a determined character sequence in the generated data messages that is not compatible with the IM messaging protocol associated with the selected contact to a character sequence that is compatible with the IM messaging protocol.*

* * * * *