# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIPIT WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC; <br><br> Defendant. | Civil Action No. _____ <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Zipit Wireless, Inc. ("Plaintiff") states that:

1. Plaintiff is a company organized and existing under the laws of the State of Delaware;

2. Plaintiff has no parent corporation; and

3. No publicly held corporation owns 10% or more of Plaintiff.

Respectfully submitted, this 19th day of October, 2023.

/s/ Richard C. Weinblatt

Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE  19801
Telephone: (302) 999-1540
Email: stamoulis@swdelaw.com
Email: weinblatt@swdelaw.com

Stephen R. Risley (pro hac vice application to be filed)
KENT & RISLEY LLC
5755 North Point Parkway, Suite 57
Alpharetta, GA 30022
Telephone: (404) 585-2101
Email: steverisley@kentrisley.com

Attorneys for Plaintiff
Zipit Wireless, Inc.