# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIPIT WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC; <br><br> Defendant. | Civil Action No. 23-cv-01183-UNA <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF STEPHEN R. RISLEY

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Stephen R. Risley of the law firm Kent & Risley LLC in Alpharetta, GA 30022 to represent Plaintiff ZipIt Wireless, Inc.

*/s/ Richard C. Weinblatt*

Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE  19801
Telephone: (302) 999-1540
Email: stamoulis@swdelaw.com
Email: weinblatt@swdelaw.com

Attorneys for Plaintiff
Zipit Wireless, Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Stephen R. Risley of the law firm Kent & Risley LLC is GRANTED.

Dated: _____          _____
                                                                                United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 24, 2023                    /s/ Stephen R. Risley
                                           Stephen R. Risley
                                           KENT & RISLEY LLC
                                           5755 N Point Pkwy Ste 57
                                           Alpharetta, GA  30022
                                           Ph: 404-585-2101
                                           steverisley@kentrisley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023, I electronically filed the above documents with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt (#5080)