IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIPIT WIRELESS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 23-1183 (RGA) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the Defendant to answer, move or otherwise respond to the Complaint is extended until December 13, 2023.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Richard C. Weinblatt* | */s/ Jack B. Blumenfeld* |
| _____ | _____ |
| Stamatios Stamoulis (#4606) | Jack B. Blumenfeld (#1014) |
| Richard C. Weinblatt (#5080) | Brian P. Egan (#6227) |
| 800 North West Street, Third Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 999-1540 | Wilmington, DE 19899 |
| stamoulis@swdelaw.com | (302) 658-9200 |
| weinblatt@swdelaw.com | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE